THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **OTTO HOGUE,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**ACADEMY SPORTS +** )<br>**OUTDOORS, LTD** )<br>**1800 North Mason Road** )<br>**Katy, TX  77449** )<br>)<br>    **Defendant.** ) | CASE NO. 3:22-cv-10-BJB<br><br>Removed from the<br>Commonwealth of Kentucky<br>Jefferson Circuit Court |

## NOTICE OF REMOVAL

Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors, improperly named Academy Sports + Outdoors, LTD, ("Academy") files this notice of removal pursuant to 28 U.S.C. §§ 1331 and 1441(a).

## I.
## INTRODUCTION

1. On December 13, 2021, Otto Hogue ("Plaintiff") filed his Complaint in the Commonwealth of Kentucky Jefferson Circuit Court under Case No.21-CI-006996.

2. In the Complaint, Plaintiff raises race discrimination claims under Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a(a), and the Kentucky Civil

1

Rights Act, KRS § 344.120.

3. This Court has original jurisdiction over Plaintiff's Complaint pursuant to the provisions of 28 U.S.C. § 1331. Academy removes to this Court pursuant to 28 U.S.C. § 1441(a) because it is a civil action founded on a claim or right arising under the Constitution, treaties, or laws of the United States. Specifically, Plaintiff's Complaint asserts a cause of action under Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a(a).

## II.
## TIMELINESS OF REMOVAL

4. The suit was filed on December 13, 2021. Academy was served on December 17, 2021. This Notice of Removal has been filed well within 30 days of service and is therefore timely. *See* 28 U.S.C. § 1446(b).

## III.
## BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331 (federal question jurisdiction). The requirements for federal jurisdiction are met, as the Plaintiff has asserted a claim under Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a(a).

## IV.
## VENUE

6. Venue is proper in the United States District Court for the Western District of Kentucky, pursuant to 28 U.S.C. § 1441(a) because Jefferson County,

Kentucky is located within this District and cases arising from Jefferson County, Kentucky are properly assigned to the Western District of Kentucky.

## V.
## ADDITIONAL REQUIREMENTS

7. Plaintiff demanded a jury trial in its state-court complaint.

8. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, orders, and other papers filed in the state court action and obtained by Academy are attached as **Exhibit 1**.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of removal will be provided to Plaintiff and filed with the Clerk of the Jefferson Circuit Court in Louisville, Kentucky contemporaneously with this pleading, as shown by **Exhibit 2**.

## CONCLUSION

Having satisfied the requirements for removal under 28 U.S.C. §§ 1441, and 1331, Academy gives notice that Case No. 21-CI-006996, pending in the Commonwealth of Kentucky Jefferson Circuit Court has been removed to this Court.

        */s Brian R. Epling*
        Brian R. Epling (No. 95539)
        BRADLEY ARANT BOULT CUMMINGS LLP
        1600 Division Street, Suite 700
        Nashville, Tennessee 37203
        Telephone: (615) 252-2582
        Facsimile: (615) 248-3030
        bepling@bradley.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies pursuant to Kentucky Rule of Civil Procedure 5.03 that a true and correct copy of the foregoing has been served on the following counsel of record via the Court's e-filing system and electronic mail on January 7, 2022:

Shaun A. Wimberly, Sr.
Wimberly and Associates, PLLC
Waterfront Plaza, Suite 1816
Louisville, KY 40202
Office: (502) 208-1887
Fax: (502) 208-1858
**COUNSEL OF RECORD FOR PLAINTIFF**

                                         */s/ Brian R. Epling*
                                         Brian R. Epling